# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 12-9001-MC-W-FJG |
| | ) | |
| JAMES A. MELOY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On May 17, 2012, United States Magistrate Judge Sarah W. Hays, recommended that the court, after making its own independent review of the record, enter an order directing compliance with the Internal Revenue Service summons on a date and at a time agreed upon by Officer Andrea Duggar and respondent James A. Meloy, but not later than thirty days after service of an order directing compliance with the summons upon respondent.

The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of May 17, 2012, is adopted. (Doc. #6). It is further

ORDERED that petitioner's petition to enforce Internal Revenue Service summons is granted and the respondent, James A. Meloy, is directed to obey the summons issued to him on August 2, 2011, and each requirement of the summons, at such time and at such place as may hereafter be designated by Officer Andrea Duggar or any authorized officer of the IRS, but not later than thirty days after service of this order on respondent.

It is further ORDERED that the Clerk of the Court send a copy of this order by

regular and certified United States Mail, return receipt requested, to respondent James A. Meloy, 1101 Hampton Drive, Raymore, Missouri, 64083-8340.


Date:  July 5, 2012                         **S/ FERNANDO J. GAITAN, JR.**
Kansas City, Missouri                       Fernando J. Gaitan, Jr.
                                            Chief United States District Judge